F I L E D
Clerk
District Court

OCT 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| | ) | |
| DU BO, | ) | |
| | ) | |
| Defendant. | ) | |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

G. Anthony Long
P.O. Box 504970
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this ___28th___ day of ___October___, 2005

By: _____
Galo L. Perez
Clerk of Court
U.S. District Court
Northern Mariana Islands

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA -v- DU BO | | | | District Court Northern Mariana Islands, Saipan, MP 96950 | |
| Plaintiff's Attorney David T. Wood, Assistant U. S. Attorney | | Defendant's Attorney G. Anthony Long, Esq. | | Docket Number CR-97-00009 Trial Date(s) 06/09/97 TO 09/13/97 | |
| Presiding Judge: HON. ALEX R. MUNSON | | Court Reporter SANAE SHMULL | | Courtroom Deputy K. LYNN LEMIEUX | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | GOVERNMENT'S WITNESSES: |
| | | | | | 1) Benny Bello, Businessman, Guam |
| | | | | | 2) Zhaoling Zhang, Chinese |
| | | | | | 3) Robert A. Todd, Registered Nurse, CHC |
| 1 | | 6/10/97 | 6/10/97 | 6/10/97 | Emergency Visit Record of 11/12/96 at CHC |
| | | | | | 4) Edward Cabrera, FBI/CNMI Task Force |
| | | | | | 5) Lin Jie Zhang, Chinese national |
| | | | | | 6) Kipiu Wun, FBI Language Specialist |
| 2A | | 6/10/97 | 6/10/97 | 6/10/97 | Audio Tape |
| 2B | | 6/10/97 | 6/10/97 | 6/10/97 | Translation of audio tape |
| 2C | | 6/10/97 | 6/10/97 | 6/10/97 | Translation of audio tape |
| 3A | | 6/10/97 | 6/10/97 | 6/10/97 | Body Recording Audio |
| 3B | | 6/10/97 | 6/10/97 | 6/10/97 | Translation of Body Recording Audio |
| | | | | | 7) Richard Wallace, FBI Agent |
| | | | | | 8) Bai, Jin Feng, Chinese national, Big President's Night Club |
| 4 | | 6/10/97 | 6/10/97 | 6/10/97 | Plea Agreement of Bai, Jin Feng |
| | | | | | 9) Paul Togawa, Employee of CNMI Alcohol Beverage Control |
| 5 | | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Alcohol Beverage Control Licence issued to American Eastern Co. |
| | | | | | 10) TSU MING SHUE, Employee of CNMI Immigration - Translator |
| 6 | | 6/11/97 | 6/11/97 | 6/11/97 | Department of Commerce - Denial of Long Term Business Permit of Du Bo |
| 7 | | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Voluntary Departure Agreement of Du Bo. |
| | | | | | 11) LIANG, MING - Owner of Ming Li Store |
| 12 | | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Affidavit of Liang, Ming |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page __1_ of __2_ Pages

78

**AO 187** — **EXHIBIT AND WITNESS LIST**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA -v- DU BO | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 |
| Plaintiff's Attorney<br>David T. Wood, Assistant U. S. Attorney | Defendant's Attorney<br>G. Anthony Long, Esq. | Docket Number    CR-97-00009<br>Trial Date(s)    06/09/97  TO  06/13/97 |
| Presiding Judge  HON. ALEX R. MUNSON | Court Reporter  SANAE SHMULL | Courtroom Deputy  K. LYNN LEMIEUX |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 12) SHI, QING SHEN, Chinese national, Owner of Hollywood Night Club |
| 9 | | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Business License of Hollywood Night Spot. |
| | X | 6/11/97 | 6/11/97 | 6/11/97 | BGRT American Eastern Co., Quarter ending September 1996 |
| | Y | 6/11/97 | 6/11/97 | 6/11/97 | BGRT American Eastern Co., Quarter ending December 1996 |
| | Z | 6/11/97 | 6/11/97 | 6/11/97 | American Eastern Co. (Wage/Salary Taxes) Quarter ending September 1996 |
| | AA | 6/11/97 | 6/11/97 | 6/11/97 | American Eastern Co. (Wage/Salary Taxes) Quarter ending December 1996 |
| | BB | 6/11/97 | 6/11/97 | | Income Tax Quarter withholding - Quarter ending March 1997 |
| | K | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Subscription Agreement / Purchase of Shares in American Eastern |
| | J | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Annual Corp. Report 1995 for American Eastern Co. |
| | H | 6/11/97 | 6/11/97 | 6/11/97 | Agreement for Sale of Property without signature. |
| | CC | 6/11/97 | 6/11/97 | 6/11/97 | Agreement for Sale of Property with signature. |
| | | | | | EDWARD CHEN, Police Officer, CNMI Department of Public Safety |
| 11 | | 6/11/97 | 6/11/97 | | Copy of Advice of Rights in Chinese language |
| | DD | 6/11/97 | 6/11/97 | | Copy of Indictment in CR-96-00038 |
| | | | | | PATRICK LEON GUERRERO  06/12/97 |
| | B | 6/12/97 | 6/12/97 | 6/12/97 | Control Document of Zhaoling Zheng |
| | C | 6/12/97 | 6/12/97 | 6/12/97 | Control Document of Lin Jie Zheng. |
| | EE | 6/12/97 | 6/12/97 | 6/12/97 | Bar Tax Returns; October 1996 |
| | FF | 6/12/97 | 6/12/97 | 6/12/97 | Bar Tax Returns; December 1996 |
| | GG | 6/12/97 | 6/12/97 | 6/12/97 | Bar Tax Returns; November 1996 |
| | | | | | PAUL LAWLOR, CNMI Attorney of corporate law |
| 13 | | 6/12/97 | 6/12/97 | 6/12/97 | Long Term Business Entry Permit - Shi, Qing Shen |
| 14 | | 6/12/97 | 6/12/97 | 6/12/97 | Alien Registration Card |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page _2_ of _2_ Pages