FILED
Clerk
District Court

DEC - 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00009 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| DU BO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this _6th_ day of _Dec._____, 2005.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

AO 187　　　　　　　　　　　　　　　　　　　EXHIBIT AND WITNESS LIST

| UNITED STATES OF AMERICA -v- DU BO | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|
| intiff's Attorney<br>David T. Wood, Assistant U. S. Attorney | Defendant's Attorney<br>G. Anthony Long, Esq. | Docket Number CR-97-00009<br><br>Trial Date(s) 06/09/97 TO 09/13/97 |
| Presiding Judge: HON. ALEX R. MUNSON | Court Reporter　SANAE SHMULL | Courtroom Deputy　K. LYNN LEMIEUX |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | GOVERNMENT'S WITNESSES: |
| | | | | | 1) Benny Bello, Businessman, Guam |
| | | | | | 2) Zhaoling Zhang, Chinese |
| | | | | | 3) Robert A. Todd, Registered Nurse, CHC |
| 1 | | 6/10/97 | 6/10/97 | 6/10/97 | Emergency Visit Record of 11/12/96 at CHC |
| | | | | | 4) Edward Cabrera, FBI/CNMI Task Force |
| | | | | | 5) Lin Jie Zhang, Chinese national |
| | | | | | 6) Kipiu Wun, FBI Language Specialist |
| 2A | | 6/10/97 | 6/10/97 | 6/10/97 | Audio Tape |
| 2B | | 6/10/97 | 6/10/97 | 6/10/97 | Translation of audio tape |
| 2C | | 6/10/97 | 6/10/97 | 6/10/97 | Translation of audio tape |
| | | 6/10/97 | 6/10/97 | 6/10/97 | Body Recording Audio |
| 3B | | 6/10/97 | 6/10/97 | 6/10/97 | Translation of Body Recording Audio |
| | | | | | 7) Richard Wallace, FBI Agent |
| | | | | | 8) Bai, Jin Feng, Chinese national, Big President's Night Club |
| 4 | | 6/10/97 | 6/10/97 | 6/10/97 | Plea Agreement of Bai, Jin Feng |
| | | | | | 9) Paul Togawa, Employee of CNMI Alcohol Beverage Control |
| 5 | | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Alcohol Beverage Control Licence issued to American Eastern Co. |
| | | | | | 10) TSU MING SHUE, Employee of CNMI Immigration - Translator |
| 6 | | 6/11/97 | 6/11/97 | 6/11/97 | Department of Commerce - Denial of Long Term Business Permit of Du Bo |
| 7 | | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Voluntary Departure Agreement of Du Bo. |
| | | | | | 11) LIANG, MING - Owner of Ming Li Store |
| 12 | | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Affidavit of Liang, Ming |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page __1_ of __2_ Pages

AO 187

# EXHIBIT AND WITNESS LIST

| UNITED STATES OF AMERICA -v- DU BO | | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 | |
|---|---|---|---|---|
| Plaintiff's Attorney<br>David T. Wood, Assistant U. S. Attorney | | Defendant's Attorney<br>G. Anthony Long, Esq. | Docket Number  CR-97-00009 | |
| | | | Trial Date(s)  06/09/97 TO 06/13/97 | |
| Presiding Judge  HON. ALEX R. MUNSON | | Court Reporter  SANAE SHMULL | Courtroom Deputy  K. LYNN LEMIEUX | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 12) SHI, QING SHEN, Chinese national, Owner of Hollywood Night Club |
| 9 | | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Business License of Hollywood Night Spot. |
| | X | 6/11/97 | 6/11/97 | 6/11/97 | BGRT American Eastern Co., Quarter ending September 1996 |
| | Y | 6/11/97 | 6/11/97 | 6/11/97 | BGRT American Eastern Co., Quarter ending December 1996 |
| | Z | 6/11/97 | 6/11/97 | 6/11/97 | American Eastern Co. (Wage/Salary Taxes) Quarter ending September 1996 |
| | AA | 6/11/97 | 6/11/97 | 6/11/97 | American Eastern Co. (Wage/Salary Taxes) Quarter ending December 1996 |
| | BB | 6/11/97 | 6/11/97 | | Income Tax Quarter withholding - Quarter ending March 1997 |
| | K | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Subscription Agreement / Purchase of Shares in American Eastern |
| | J | 6/11/97 | 6/11/97 | 6/11/97 | Copy of Annual Corp. Report 1995 for American Eastern Co. |
| | H | 6/11/97 | 6/11/97 | 6/11/97 | Agreement for Sale of Property without signature. |
| | CC | 6/11/97 | 6/11/97 | 6/11/97 | Agreement for Sale of Property with signature. |
| | | | | | EDWARD CHEN, Police Officer, CNMI Department of Public Safety |
| | | 6/11/97 | 6/11/97 | | Copy of Advice of Rights in Chinese language |
| | DD | 6/11/97 | 6/11/97 | | Copy of Indictment in CR-96-00038 |
| | | | | | PATRICK LEON GUERRERO  06/12/97 |
| | B | 6/12/97 | 6/12/97 | 6/12/97 | Control Document of Zhaoling Zheng |
| | C | 6/12/97 | 6/12/97 | 6/12/97 | Control Document of Lin Jie Zheng. |
| | EE | 6/12/97 | 6/12/97 | 6/12/97 | Bar Tax Returns; October 1996 |
| | FF | 6/12/97 | 6/12/97 | 6/12/97 | Bar Tax Returns; December 1996 |
| | GG | 6/12/97 | 6/12/97 | 6/12/97 | Bar Tax Returns; November 1996 |
| | | | | | PAUL LAWLOR, CNMI Attorney of corporate law |
| 13 | | 6/12/97 | 6/12/97 | 6/12/97 | Long Term Business Entry Permit - Shi, Qing Shen |
| 14 | | 6/12/97 | 6/12/97 | 6/12/97 | Alien Registration Card |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page _2_ of _2_ Pag